UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0346 HSG |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ANTONIO RODRIGUES, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the judgment entered on January 11, 2016, wherein the defendant agreed to the forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. .45-caliber Glock handgun (serial number TWG939); and

b. 7 rounds of Remington Peters .45 caliber ammunition,

pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d)(1).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 15-0346 HSG                                                                      1

thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

    IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

    IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

    IT IS SO ORDERED this 15th day of January, 2016.

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge